**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALPHEUS BRUTON III, | Case No.: 2:25-cv-02174-APG-BNW |
| Plaintiff | **Order** |
| v. | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, et al., | |
| Defendants | |

Plaintiff Alpheus Bruton III filed an ex parte motion for a temporary restraining order. ECF No. 8. Bruton later withdrew the motion. ECF No. 10. However, the motion should not be designated ex parte, so I order the clerk of court to remove the ex parte designation and to make the document publicly available.

Bruton also filed a motion for a preliminary injunction. ECF No. 9. But the exhibits Bruton attached to that motion refer to a different case. *See* ECF No. 9-1 (referring to *Saticoy Bay LLC Series 6213 Capehart Falls v. Vylla Solutions, LLC, et al.*). Consequently, I order Bruton to file the proper exhibits by November 26, 2025.

I THEREFORE ORDER the clerk of court to remove the ex parte designation from ECF Nos. 8 and 8-1, and to make those documents publicly available.

I FURTHER ORDER plaintiff Alpheus Bruton III to file the proper exhibits to support his motion for preliminary injunction by November 26, 2025

DATED this 21st day of November, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE