# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALPHEUS BRUTON III, | Case No.: 2:25-cv-02174-APG-BNW |
| Plaintiff | **Order** |
| v. | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, et al., | |
| Defendants | |

Nathan F. Smith, counsel for defendant Wilmington Savings Fund Society, FSB, is in violation of this district's Local Rule IA 11-1. According to the State Bar of Nevada, Mr. Smith is a Nevada-licensed attorney who does not maintain a Nevada office. Local Rule IA 11-1(b)(2) requires such attorneys to either associate a Nevada-licensed attorney who maintains an office in Nevada or designate a Nevada-licensed attorney for service of papers. Mr. Smith has not complied with this rule.

I THEREFORE ORDER Mr. Smith to file proof of compliance with Local Rule IA 11-1(b) by January 8, 2026. The failure to do so may result in sanctions, including disallowing Mr. Smith to appear in this or any other case in this district.

DATED this 5th day of December, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE