# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ALPHEUS BRUTON III,

    Plaintiff

v.

WILMINGTON SAVINGS FUND
SOCIETY, FSB, et al.,

    Defendants

Case No.: 2:25-cv-02174-APG-BNW

**Order**

In light of attorney Nathan Smith's response (ECF No. 25),

I ORDER that the order to file proof of compliance (ECF No. 24) is satisfied.

DATED this 17th day of December, 2025.

 

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE