Diana S. Cline, Esq.
Nevada Bar No. 10580
CLINE LEGAL SOLUTIONS, LLC
7625 Dean Martin Drive, Ste 115
Las Vegas, Nevada, 89139
702-721-9434
diana@clinelegalnv.com
*Attorney for Plaintiff James Bruton III*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| James Bruton III,<br>          Plaintiff,<br><br>vs.<br><br>Wilmington Savings Fund Society, FSB,<br>et.al.,<br>Defendants. | Case No.: 2:25-cv-02174-APG-BNW<br><br><br>**FIRST AMENDED STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER IN COMPLIANCE WITH LR 26-1(b)** |

Pursuant to Fed R. Civ. P. 26 (f) and Local Rules 26-1 and 26-3, the parties stipulate and agree as follows:

## I.    DISCOVERY CONFERENCE

The parties Plaintiff James Bruton III, by and through his counsel Diana S. Cline, Esq. of Cline Legal Solutions LLC, and Defendant Wilmington Savings Fund Society, FSB ("Wilmington") by and through its counsel Nathan F. Smith of Malcolm & Cisneros conducted their Rule 26(f) conference on February 20, 2026. Wilmington removed this case to this Court on November 4, 2025 and filed a motion to dismiss on November 18, 2025. Defendant MTC Financial Inc.("MTC") appeared on November 19, 2025 and filed a declaration of non-monetary status. At a hearing on Plaintiff's motion for preliminary injunction, MTC was excused from participating in the litigation based on the declaration of non-monetary status.

///

1

## II.  INITIAL DISCLOSURES

Initial disclosures shall be served by:  March 6, 2026 (14 days after Rule 26 (f) conference).

## III.  DISCOVERY PLAN

### A. Discovery Cut-Off

Monday, May 18, 2026 (181 days from initial appearance, 180 days falls on a Sunday)

### B. Amending Pleadings / Adding Parties

February 17, 2026 (90 days before discovery cut-off)

### C. Initial Expert Disclosures

March 19, 2026 (60 days before discovery cut-off)

### D. Rebuttal Expert Disclosures

April 20, 2026 (32 days after initial expert disclosures, 30 days falls on a Saturday)

### E. Dispositive Motions

June 17, 2026 (30 days after discovery cut-off)

### F. Pretrial Order

Friday, July 17, 2026

If dispositive motions are filed, the deadline for filing the pretrial order will be suspended until 30 days after the Court's decision.

## IV. SUBJECTS OF DISCOVERY

Discovery will include, but is not limited to:

- Loan origination, ownership, and servicing
- Assignments and authority to enforce
- Payment history and accounting discrepancies
- Default, acceleration, and foreclosure-related notices
- Communications between parties and agents

2

- Damages and affirmative defenses

## V. DISCOVERY LIMITATIONS

- Depositions: 10 per side
- Interrogatories: 25 per party
- Requests for Admission: No limit
- Requests for Production: No limit

The parties agree that the subject matter of this litigation does not require expert witness disclosures beyond property valuations.

## VI. ELECTRONIC DISCOVERY

The parties agree to:

- Produce ESI in reasonably usable format
- Meet and confer regarding search terms if necessary
- Not require restoration of backup systems absent good cause

## VII. PRIVILEGE / CLAWBACK (FRE 502(d))

The inadvertent disclosure of privileged or work-product-protected material shall not constitute waiver. Upon notice, such materials shall be returned or destroyed.

## VIII. ADR

The parties certify they have discussed ADR and propose:

X Settlement conference with magistrate judge
☐ Private mediation after initial discovery

## IX. EXTENSIONS

Any extensions must comply with LR 26-3 and demonstrate good cause.

///

///

///

///

CLINE LEGAL SOLUTIONS, LLC
7625 DEAN MARTIN DRIVE, STE 115, LAS VEGAS, NV
Phone 702-721-9434 - www.clinelegalnv.com

3

///

## X. CONCLUSION

The parties respectfully request that the Court approve this Discovery Plan and Scheduling Order.

DATED: April 2, 2026

| CLINE LEGAL SOLUTIONS, LLC | MALCOLM & CISNEROS |
|---|---|
| /s/*Diana S. Cline* | /s/Nathan F. Smith |

| Diana S. Cline, Esq. | Nathan F. Smith, Esq |
|---|---|
| Nevada Bar No. 10580 | Nevada Bar No. 12642 |
| 7625 Dean Martin Drive, Ste 115 | 2112 Business Center Drive |
| Las Vegas, Nevada, 89139 | Irvine, CA 92612 |
| (702) 721-9434 | (949) 252-9400 |
| diana@clinelegalnv.com | nathan@mclaw.org |
| *Attorney for Plaintiff James Bruton III* | *Attorney for Defendant Wilmington Savings Fund Society, FSB* |

## <u>ORDER</u>

It is so ordered.

Dated:  April 3, 2026

_____
UNITED STATES MAGISTRATE JUDGE

4