NATHAN F. SMITH, #12642
MALCOLM ♦ CISNEROS, A Law Corporation
7473 W. Lake Mead Blvd., Suite 100
Las Vegas, Nevada 89128
Telephone: (702) 728-5285
Telecopier: (702) 728-5228
Email: nathan@mclaw.org

*Attorney for Wilmington Savings Fund Society, FSB*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALPHEUS BRUTON III, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB, not in its individual capacity, but solely as Owner Trustee for CSMC 2018-RPL6 TRUST, a federal savings bank; MTC FINANCIAL, INC. d.b.a. TRUSTEE CORPS, a foreign corporation; DOES I to X and ROES I to X,<br><br>Defendants. | **CASE NUMBER: 2:25-cv-02174-APG-BNW**<br><br>**STIPULATION TO EXTEND DEADLINES; ORDER** |

THIS STIPULATION is entered into by and between Defendant Wilmington Savings Fund Society, FSB ("Defendant") and Plaintiff Alpheus Bruton III ("Plaintiff") (the "Parties"), by and through their respective counsel of record, to extend the Settlement Conference and related deadlines thereto, and the Pretrial Order from July 8, 2026, for sixty (60) days up to and including September 7, 2026.

Defendant will be reviewing a loan modification application submitted to it by Plaintiff, and the parties desire to limit the incurrence of attorney fees and costs in the interim, because, if a loan

Stipulation                                                                         1

modification is approved and entered into by the Parties, it would resolve this case and result in its dismissal.

NOW, THEREFORE, based on the foregoing and subject to Court approval, the Parties stipulate and agree as follows:

1.     To extend the dispositive motion and pretrial order deadlines in the First Amended Stipulated Discovery Plan by 60 days, to August 17, 2026.

2.     To continue the settlement conference from July 8, 2026 to September 8, 2026, or the next available date thereafter.

3.     This extension request is sought in good faith and is not made for the purpose of delay.

IT IS SO STIPULATED.

Dated: June 17, 2026

| MALCOLM ♦ CISNEROS, A Law Corporation | CLINE LEGAL SOLUTIONS, LLC |
|---|---|
| */s/ Nathan F. Smith*<br>Nathan F. Smith, Esq.<br>Nevada Bar No. 12642<br>7473 W. Lake Mead Blvd., Suite 100<br>Las Vegas, NV 89128<br>Telephone: (702) 728-5285<br>Telecopier: (702) 728-5228<br>Email: nathan@mclaw.org<br>*Attorneys for Wilmington Savings Fund Society, FSB* | */s/ Diana S. Cline*<br>Diana S. Cline, Esq.<br>Nevada Bar No. 10580<br>7625 Dean Martin Drive, Suite 115<br>Las Vegas, NV 89139<br>Telephone: (702) 721-9434<br>Email: diana@clinelegalnv.com<br>*Attorneys for Plaintiff James Bruton III* |

**ORDER**

Upon stipulation of the Parties, and good cause appearing therefor,

A.    The **dispositive motion and pretrial order deadlines in the First Amended Stipulated Discovery Plan by 60 days, to August 17, 2026.**

B.    The Settlement Conference is continued to ___September 8, 2026___.

**IT IS SO ORDERED.**

Dated: ___June 18, 2026___                                    _____

UNITED STATES MAGISTRATE JUDGE

Stipulation                                                        3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of June, 2026, I electronically transmitted the foregoing document via the court's CM/ECF System to:

- **Diana S. Cline**
  diana@clinelegalnv.com,staff@clinelegalnv.com

- **Edgar C Smith**
  esmith@steelellp.com,nvecf@steelellp.com,mkane@steelellp.com

- **Nathan Smith**
  nathan@mclaw.org,cvalenzuela@mclaw.org

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 17, 2026

_____
Christina Valenzuela

Stipulation                     4