NATHAN F. SMITH, #12642
MALCOLM ♦ CISNEROS, A Law Corporation
7473 W. Lake Mead Blvd., Suite 100
Las Vegas, Nevada 89128
Telephone: (702) 728-5285
Telecopier: (702) 728-5228
Email: nathan@mclaw.org

*Attorney for Wilmington Savings Fund Society, FSB*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALPHEUS BRUTON III, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB, not in its individual capacity, but solely as Owner Trustee for CSMC 2018-RPL6 TRUST, a federal savings bank; MTC FINANCIAL, INC. d.b.a. TRUSTEE CORPS, a foreign corporation; DOES I to X and ROES I to X,<br><br>Defendants. | **CASE NUMBER: 2:25-cv-02174-APG-BNW**<br><br>**STIPULATION OF DISMISSAL; ORDER** |

///

///

///

Defendant Wilmington Savings Fund Society, FSB and Plaintiff Alpheus Bruton III (the "Parties"), by and through their respective counsel of record, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

IT IS SO STIPULATED.

Dated: August 6, 2026

MALCOLM ♦ CISNEROS,
A Law Corporation

/s/ Nathan F. Smith
Nathan F. Smith, Esq.
Nevada Bar No. 12642
7473 W. Lake Mead Blvd., Suite 100
Las Vegas, NV 89128
Telephone: (702) 728-5285
Telecopier: (702) 728-5228
Email: nathan@mclaw.org
*Attorneys for Wilmington Savings Fund Society, FSB*

CLINE LEGAL SOLUTIONS, LLC

/s/ Diana S. Cline
Diana S. Cline, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 115
Las Vegas, NV 89139
Telephone: (702) 721-9434
Email: diana@clinelegalnv.com
*Attorneys for Plaintiff James Bruton III*

**ORDER**

Based on the Parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED, without prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to close this this case.

**IT IS SO ORDERED.**

Dated: August 17, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE